**Opinion filed August 7, 2025**



# In The

# Eleventh Court of Appeals

_____

## No. 11-25-00174-CV

_____

## WILLIAM LEE JACKSON, JR., Appellant

## V.

## CLAYTON BRYAN STAUFFER AND BLACK LABEL SERVICES, INCORPORATED, Appellees

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-23-05-466-CV**

## M E M O R A N D U M   O P I N I O N

On June 30, 2025, Appellant filed in this court a motion to extend time to file his petition for permissive appeal of the trial court's order granting Appellee Black Label Services, Incorporated's motion for partial summary judgment. TEX. R. APP. P. 28.3(d); *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f) (West Supp. 2024). In the motion, Appellant requested an extension to secure a modified order that complied with Section 51.014(d) of the Texas Civil Practice and Remedies

Code.  *See* CIV. PRAC. & REM. § 51.014(d).  Appellant filed his petition for permissive appeal on July 11, 2025, which he now seeks to withdraw.  In his unopposed motion, Appellant states that he wishes to withdraw his petition given the impending trial date and "in light of considerations of judicial economy."  *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss his petition for permissive appeal. We dismiss his motion to extend time to file his petition as moot.


W. STACY TROTTER
JUSTICE


August 7, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.